USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILIA TAMOZHNIKOV,

                Plaintiff,

      -against-

JOSEPH B. EDLOW, DIRECTOR OF
U.S. CITIZENSHIP AND
IMMIGRATION SERVICES (USCIS),

                Defendant.

1:25-cv-7027

DISMISSAL ORDER

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff, who is proceeding *pro se*, initiated this action by filing a petition on August 22, 2025.  [ECF No. 1]. On March 16, 2026, given Defendant had still not been served, the Court issued an order directing Plaintiff to serve Defendant on or before April 7, 2026.  [ECF No. 5]. The Court warned Plaintiff that if service is not made by that date, and if Plaintiff fails to show cause why service has not been made, "**the petition will be dismissed for failure to prosecute to Rules 4 and 41 of the Federal Rules of Civil Procedure.**"  [ECF No. 5 (emphasis added)].

To date, Plaintiff has not filed proof of service and has not shown cause why service has not been made.  While *pro se* litigants are afforded special solicitude, they generally "are required to inform themselves regarding procedural rules and to comply with them." *Caidor v. Onondaga Cnty.*, 517 F.3d 601, 605 (2d Cir. 2008) (citation omitted).  Further, *pro se* litigants must comply with Court orders. *Koehl v. Greene*, 424 F. App'x 61, 62 (2d Cir. 2011) (summary order).  Here, the Court has afforded Plaintiff special solicitude.  Plaintiff was provided over 7 months to serve Defendant, and, despite Plaintiff's failure to serve Defendant by April 7, 2026 or show cause why service has not been made, the Court provided Plaintiff with yet an additional

month to serve Defendant or respond to this Court's order.  However, to date, Plaintiff has still not even responded to this Court's Order.

Accordingly, IT IS HEREBY ORDERED that the petition is dismissed without prejudice for failure to serve pursuant to Federal Rule of Civil Procedure 4(m).

The Clerk of Court is respectfully requested to close the case.

**SO ORDERED.**

**Date:  May 8, 2026**
      **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**